UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Arthur Johnson
                        Plaintiff,

v.                                                        Case No.: 1:20−cv−07722
                                                           Honorable Ronald A. Guzman

The Home Depot
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 1, 2021:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to the parties' joint stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [53], this action is dismissed with prejudice, with each party to bear its own costs and fees. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.